IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP TOUSON,

        Plaintiff,

  v.

SOUTHWEST AIRLINES,

        Defendant.

Case No. 13-830 JSC

**ORDER RE: APPEARANCE AT JANUARY 9 HEARING**

    Now pending before the Court is Plaintiff's counsel's motion to withdraw, which scheduled for hearing on January 9, 2013. Plaintiff Philip Touson is ordered to personally appear at the January 9, 2013 9:00 a.m. hearing unless new counsel substitute in for his current counsel before that date. The Court will set a future case management conference at the January 9, 2013 hearing.

    Plaintiff's counsel shall serve a copy of this Order on Plaintiff.

**IT IS SO ORDERED.**

Dated:  December 16, 2013

                                             _____
                                             JACQUELINE SCOTT CORLEY
                                             UNITED STATES MAGISTRATE JUDGE